# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                Case No. 3:21-CR-91
                                      Judge Thomas M. Rose

VONDALE DANGERFIELD,

        Defendant.

## ENTRY AND ORDER

This matter comes before the Court pursuant to correspondence received from the Defendant in which he requests his sentence be recalculated to include the time he was supervised by United States Pretrial Service awaiting disposition of his case. On June 2, 2021, Defendant was released on bond (doc. 14) with the condition of home detention.

Pursuant to 18 U.S.C. § 3585(b) and *United States v. Wilson,* 503 U.S. 329, 334 (1992), the District Court is not authorized to compute prior custody credit. This Court is in receipt of Defendant's current sentence computation from the United States Bureau of Prisons and finds that jail credit appears to be properly applied for the times Defendant spent in custody. Further, pursuant to 18 U.S.C. § 3585(b) and *Reno v. Koray,* 515 U.S. 50 (1995), "official detention," for which prior custody credit can be granted, does not include home detention.

Therefore, upon consideration of Defendant's request for consideration of his time spent on home detention to be calculated as presentence credit (doc. 43), this Court finds said motion not well-founded and **DENIES** the same.

**DONE** and **ORDERED** in Dayton, Ohio, this 28th day of February 2023.

                                                                              THOMAS M. ROSE, JUDGE
                                                                              UNITED STATES DISTRICT COURT